```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00268-JAM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| FELIX ROSALES-ANASTACIO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about June 13, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(6)(A)(ii)(II) and 18 U.S.C. § 1028(b)(5), based upon the plea agreement entered into between plaintiff and defendant Felix Rosales-Anastacio and the finding of forfeiture by the Court forfeiting to the United States the following property:

        a)    One ACER Desktop Computer, serial number PTSAA0X0027380F7D82701;

        b)    One ACER LCD Monitor, serial number ETL640C2367380AD344044;

        c)    One Kodak Easyshare Digital Camera, model, M853;

        d)    Three HP Photosmart printers, serial numbers, CN79QNY0PV, CN88NHZ090, MY74GP32MZ;

|   |   |   |
|---|---|---|
| | e) | One ACER keyboard and mouse; |
| | f) | One Heat Laminator, model PL4A, serial number, AHK175959; and |
| | g) | Two SAN DISK Thumb drives. |

AND WHEREAS, beginning on June 15, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(II) and 18 U.S.C. § 1028(b)(5), to be disposed of according to law, including all right, title, and interest of Felix Rosales-Anastacio.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 22nd day of December, 2011.


/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge